UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **RAM BAL RAM, CORP. D/B/A KNIGHT'S INN**<br>*Plaintiff,*<br><br>VS.<br><br>**ATEGRITY SPECIALTY INSURANCE COMPANY**<br>*Defendant.* | §§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 4:24-CV-01164-O<br><br>[JURY DEMANDED] |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE U.S. DISTRICT JUDGE REED O'CONNOR:

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(ii), the Parties hereby jointly notify the Court that Plaintiff has decided to dismiss this matter, and the Parties hereby stipulate to dismissal of this action with prejudice.

1. Plaintiff is Ram Bal Ram, LLC d/b/a Knight's Inn, and Defendant is Ategrity Specialty Insurance Company.

2. The Parties are in agreement that this case be dismissed, and the Parties have further agreed that the costs of court and attorney's fees shall be borne by the party incurring same.

3. The Parties respectfully request this Honorable Court dismiss the above-styled action as moot pursuant to F.R.C.P. 41(a)(1)(A)(ii) and remove this matter from the docket.

4. This case is not a class action under the Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an association under Rule 23.2.

5. This dismissal is with prejudice to the re-filing of suit.

Dated: September __, 2025.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ Peri H. Alkas*
       Peri H. Alkas; TBN: 00783536
       Katherine B. Wilson; TBN: 24096034
       ONE SHELL PLAZA
       910 LOUISIANA STREET; Suite 4300
       Houston, Texas 77002
       Telephone: 713 626 1386
       Facsimile: 713 626 1388
       Email: peri.alkas@phelps.com
              Katherine.wilson@phelps.com

       Sondra Sylva; TBN: 24033017
       PHELPS DUNBAR LLP
       2102 E. State Highway 114, Suite 207
       Southlake, Texas 76092
       Telephone: (817) 488-3134
       Facsimile: (817) 488-3214
       Email: sondra.sylva@phelps.com

**ATTORNEYS FOR DEFENDANT, ATEGRITY SPECIALTY INSURANCE COMPANY**

**GRISHAM & KENDALL, PLLC**

BY: */s/William A. Kendall [by permission]*
    William A. Kendall
    State Bar No. 24004736
    wkendall@grishamkendall.com
    Robert N. Grisham II
    State Bar No. 00792550
    robert@grishamkendall.com
    5910 N. Central Expressway
    Premier Place – Suite 925
    Dallas, Texas 75206
    Telephone: (214) 308-2027
    Facsimile: (214) 308-2036

**ATTORNEYS FOR PLAINTIFF RAM BAL RAM CORP D/B/A KNIGHTS INN**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument has been served upon all known counsel of record pursuant to the Federal Rules of Civil Procedure on September 11, 2025.

| | |
|---|---|
| William A. Kendall<br>Robert N. Grisham II<br>GRISHAM & KENDALL, PLLC<br>5910 N. Central Expressway,<br>Suite 925<br>Dallas, TX 75206<br>*COUNSEL FOR PLAINTIFF* | <u>VIA ECF:</u><br>wkendall@grishamkendall.com<br>robert@grishamkendall.com |

                                              */s/ Peri H. Alkas*
                                              Peri H. Alkas